I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11·29·12

DEPUTY CLERK



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BLAKE MORROW,<br><br>    Plaintiff,<br><br>vs.<br><br>L.R. THOMAS et al.,<br><br>    Defendants. | Case No. CV 12-0395-DOC (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendants' motion to dismiss is GRANTED and this action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: November 28, 2012

                                                DAVID O. CARTER
                                                U.S. DISTRICT JUDGE