JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-29-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MATTHEW BLAKE MORROW,

              Plaintiff,

      vs.

L.R. THOMAS et al.,

              Defendants.

) Case No. CV 12-0395-DOC (JPR)
)
)
)
)        J U D G M E N T
)
)
)
)
)
)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 28, 2012

*David O. Carter*

DAVID O. CARTER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY